UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

ALEX PINCKNEY,                           :

                        Plaintiff,        :

                                   :          26-CV-180 (JMF)

       -v-                      :

                                 :           <u>ORDER</u>

JUSTWORKS, INC.,                    :

                                 :

                      Defendant.     :

                                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By Order entered on March 11, 2026, ECF No. 12, this case was referred to the Court's Mediation Program.  The Mediation Office reports that it has been unable to reach Plaintiff's counsel due to issues with her contact information.  Accordingly, Plaintiff's counsel is hereby ORDERED to contact the Mediation Office **no later than April 3, 2026.**

      Additionally, Plaintiff's counsel shall promptly update her contact information on the docket.  The Court cautions that it is counsel's obligation to ensure that her contact information is accurate.  Any failure to receive, let alone comply with, the Court's orders — including the instant Order — may result in sanctions.

      SO ORDERED.

Dated: March 31, 2026
      New York, New York                    _____
                                     JESSE M. FURMAN
                               United States District Judge