UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ALEX PINCKNEY,                                                     :
                                                                   :
                          Plaintiff,                              :
                                                                   :          26-CV-180 (JMF)
          -v-                                                      :
                                                                   :              ORDER
JUSTWORKS, INC.,                                                  :
                                                                   :
                          Defendant.                              :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 13, 2026 and March 6, 2026 Orders, ECF Nos. 7, 15, the parties were required to file a proposed Case Management Plan ("CMP") and joint letter, the contents of which are described therein, no later than the Thursday prior to the upcoming initial pretrial conference — April 30, 2026.  To date, the parties have not filed their proposed CMP or joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 4, 2026 at 3:00 p.m.**  Failure to file these documents by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated:  May 1, 2026
       New York, New York                       JESSE M. FURMAN
                                  United States District Judge