**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALEXANDRA PINCKNEY, | : |
| | : |
| Plaintiff, | : Civil Action No. 1:26-cv-00180 |
| | : |
| -against- | : **NOTICE OF SUBSTITUTION** |
| | : |
| JUSTWORKS, INC., | : |
| | : |
| Defendant. | : |

PLEASE TAKE NOTICE that Nicole D. Espin, Esq., of Fisher & Phillips LLP, hereby withdraws her appearance as counsel for Defendant Justworks, Inc. ("Defendant") by way of substitution and respectfully requests that she be removed from the ECF notice list and any other service list in this case.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby consent to the substitution of Kimberly Wilkens, Esq., as attorney for Defendant.

| **FISHER & PHILLIPS LLP** | **FISHER & PHILLIPS LLP** |
|---|---|
| Superseding Attorney for Defendants | Withdrawing Attorney for Defendants |

By: */s/ Kimberly E. Wilkens*
    Kimberly E. Wilkens, Esq.
    Times Square Tower
    7 Times Square, Suite 4300
    New York, New York 10036
    Tel.: (212) 899-9960
    kwilkens@fisherphillips.com

    Dated: May 5, 2026

By: */s/ Nicole D. Espin*
    Nicole D. Espin, Esq.
    400 Connell Drive, Suite 4000
    Berkeley Heights, NJ 07922
    Tel.: (908) 516-1050
    nespin@fisherphillips.com

    Dated: May 5, 2026

The Clerk of Court is directed to update the docket consistent with this withdrawal.

SO ORDERED.

May 6, 2026

FP 61094101.1